No. 81–236.  GRINDSTONE BUTTE PROJECT ET AL. *v.* WATT, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–239.  BROAD *v.* ROCKWELL INTERNATIONAL CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–253.  UNIVERSAL SECURITY INSTRUMENTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 81–265.  CARNATION CO. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 81–279.  BERMAN ENTERPRISES, INC., ET AL. *v.* LOCAL 333, UNITED MARINE DIVISION, INTERNATIONAL LONGSHOREMEN'S ASSN., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–287.  AIR CANADA *v.* NATIONAL MEDIATION BOARD ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–302.  JONES ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 81–309.  WASHINGTON DEPARTMENT OF REVENUE *v.* WOFFORD.  Ct. App. Wash.  Certiorari denied.

No. 81–314.  SINE ET AL. *v.* MITCHELL TRANSPORT, INC., ET AL.; and
No. 81–475.  EASTERN CONFERENCE OF TEAMSTERS *v.* SINE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 81–320.  JETER ET AL. *v.* ASSOCIATED RACK CORP. Ct. Civ. App. Tex., 6th Sup. Jud. Dist.  Certiorari denied.